UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

In Re:                                        )
                                              )
Spencer Lee Elkins,                           )        Case No: 26-10031
                                              )
                                Debtor.       )
_____

CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that on the date indicated below, the undersigned served a copy of the foregoing CHAPTER 13 PLAN [Doc. No.: 2] to the parties as shown below via electronic transmission as may be applicable or by depositing the same in a post-paid wrapper, addressed accordingly, in an official depository of the United States Postal Service, in the manner prescribed by law:

John Paul H. Cournoyer                     Anita Jo Kinlaw Troxler
US Bankruptcy Administrator                Chapter 13 Trustee
101 South Edgeworth Street                 P.O. Box 1720
Greensboro, NC 27401                       Greensboro, NC 27402-1720
*VIA CM/ECF*                               *VIA CM/ECF*


Mariner Finance, LLC
Attn: Officer/Managing Agent
8110 Corporate Drive
Nottingham, MD 21236


See attached mailing matrix.

Under penalty of perjury, I declare that the foregoing is true and correct.

THIS the 20th day of January, 2026.

/s/ Samantha K. Brumbaugh
Samantha K. Brumbaugh
Attorney for Debtor
N.C.S.B. #32379
Ivey, McClellan, Siegmund, Brumbaugh
& McDonough,  LLP
305 Blandwood Ave.
Greensboro, NC 27402
skb@iveymcclellan.com
Telephone: (336) 274-4658

Case 26-10031
Middle District of North Carolina
Greensboro

AFG Rentals
P.O. Box 726
Grandview, TX 76050-0726

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

Cavalry Portfolio Service
1 American Lane, Ste. 220
Greenwich, CT 06831-2563

Cone Health
P.O. Box 26580
Greensboro, NC 27415-6580

Diagnostic Radiology & Imaging
P.O. Box 96970
Charlotte, NC 28296-6970

First National Bank of PA
3320 E. State Street
Hermitage, PA 16148-2758

GPA Laboratories
P.O. Box 602320
Charlotte, NC 28260-2320

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)LABORATORY CORPORATION OF AMERICA
ATTN GOVERNMENT AUDITS
PO BOX 2270
BURLINGTON NC 27216-2270

Mariner Finance
8110 Corporate Drive
Nottingham, MD 21236-5034

Mariner Finance, LLC
1421 Freeway Drive
Reidsville, NC 27320-7105

NC Dept. of Revenue
P.O. Box 1168
Raleigh, NC 27640-0001

Onemain
601 NW 2nd St.
Evansville, IN 47708-1013

Quest Diagnostic
P.O. Box 740781
Cincinnati, OH 45274-0781

Regional Finance
979 Batesville Road, Ste. B
Greer, SC 29651-6819

Rockingham County Taxes
P.O. Box 68
Wentworth, NC 27375-0068

SYNCB/Paypal
P.O. Box 71727
Philadelphia, PA 19176-1727

SYNCB/Sams Club DC
P.O. Box 71727
Philadelphia, PA 19176-1727

SYNCB/TJX
P.O. Box 71737
Philadelphia, PA 19176-1737

THD/CBNA
5800 South Corporate Place
Sioux Falls, SD 57108-5027

Time Financings Service
P.O. Box 7028
Greensboro, NC 27417-0028

(p)TRULIANT FEDERAL CREDIT UNION
PO BOX 25132
WINSTON-SALEM NC 27114-5132

Wells Fargo Card Services
P.O. Box 393
Minneapolis, MN 55480-0393

Spencer Lee Elkins
1603 Pennrose Drive
Reidsville, NC 27320-6128